Chambers of
**Louis H. Pollak**
United States District Judge

**RECEIVED**

July 25, 2005 A 7:49

FINANCIAL
DISCLOSURE OFFICE

16613 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1723
Tel: 215-597-9590
Fax: 215-580-2133

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

This letter responds to your letter of June 29, 2005.

(1) Your letter inquires about "Select Value" and "Select Growth", assets listed in Part VII of my 2004 report but not listed in my 2003 report. The error is in the 2003 report. They were acquired on November 21, 2003. The value of each at purchase was "K". In December of 2003, Select Value paid a dividend of value "A".

(2) Your letter also inquires about "Commonwealth Bank", "Diversified Equity", "Quantitative Equity", and "Tax Managed Large Cap", assets listed in my 2003 report but not listed in my 2004 report. Commonwealth Bank was acquired by Citizens Bank in 2003, so the account terminated in 2003. The three mutual funds were sold on November 21, 2003, having been purchased on January 26, 1999. All three of the fund assets were sold at a loss. The loss valuations are as follows: Diversified Equity = "D". Quantitative Equity = "D". Tax Managed Large Cap = "C".

In sum, it turns out that these errors of omission all relate to the 2003 report rather than the 2004 report. You may then, wish to treat this letter as amending the 2003 report — and also, perhaps, as a quasi-amendment of, or post-script to, the 2004 report. However you wish to characterize this letter is fine with me.

My apologies for generating these errors, and thereby complicating matters for your Committee.

Sincerely,

Louis H. Pollak

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>POLLAK, LOUIS H | 2. Court or Organization<br><br>Eastern District of PA | 3. Date of Report<br><br>5/5/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>601 Market Street, Suite 16613<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member of Council | American Law Institute (ALI) |
| 2. Member, Board of Directors | American Academy of Political and Social Science (AAPSS) |
| 3. Member of Council | American Philosophical Society (APS) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 9 10 46 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | University of Pennsylvania Law School (Adjunct Faculty Member) | $16,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Howard University, Washington, D.C. | Meeting, January 21, 2004 (travel, food) |
| 2. | Columbia University, New York, New York | Meeting, February 2, 2004 (travel, food) |
| 3. | Vanderbilt University, Nashville, Tennessee | Symposium, March 18, 19, 20, 2004 (travel, lodging, food) |
| 4. | Duquesne University, Pittsburgh, Pennsylvania | Meeting, March 26, 2004 (travel, food) |
| 5. | Federal Judicial Center, Brooklyn, New York | Seminar, March 27, 28, 2004 (travel, lodging, food) |
| 6. | University of Richmond, Richmond, Virginia | Meeting, March 29, 30, 2004 (travel, lodging, food) |
| 7. | Georgetown University, Washington, D.C. | Conference, April 15, 16, 2004 (travel, lodging, food) |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| POLLAK, LOUIS H | 5/5/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | Harvard Law School, Cambridge, Massachusetts | Meeting, April 16, 17, 18, 2004 (travel, lodging, food) |
| 9. | Yale Law School, New Haven, Connecticut | Meeting, April 19, 20, 21, 2004 (travel, lodging, food) |
| 10. | Tavis Smiley Show, Baltimore, Maryland | Interview, May 13, 2004 (travel) |
| 11. | American Law Institute, Washington, D.C. | Meeting, May 17, 18, 19, 2004 (travel, lodging, food) |
| 12. | Department of Justice, Washington, D.C. | Meeting, May 26, 2004 (travel, food) |
| 13. | American Law Institute, Chicago, Illinois | Meeting, June 10, 11, 2004 (travel, lodging, food) |
| 14. | American Constitution Society, Washington, D.C. | Convention, June 18, 2004 (travel, food) |
| 15. | U.S. Court of Appeals for the Ninth Circuit, Monterey, California | Conference, July 19, 20, 2004 (travel, lodging, food) |
| 16. | Tellus Institute, New York, New York | Coronado Conference, October 15, 2004 (travel, food) |
| 17. | U.S. Court of Appeals for the Ninth Circuit, Portland, Oregon | Meeting, November 2, 3, 4, 5, 6, 2004 (travel, lodging, food) |
| 18. | Washington University School of Law, St. Louis, Missouri | Meeting, November 8, 9, 10, 2004 (travel, lodging, food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POLLAK, LOUIS H | 5/5/2005 |

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Partners Fund | | None | | | sell | 6/25 | M | E | |
| 2. TIAA-CREF Annuity | F | Distribution | P1 | T | | | | | |
| 3. Citizens Bank (formerly Mellon) | A | Interest | K | T | | | | | |
| 4. WALNUT STREET SECURITIES: | | | | | | | | | |
| 5. (1)Merck | A | Dividend | | | sell | 11/24 | J | (B) | |
| 6. (2) Mercantile Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Texas Genco (formerly Center Point Energy/Reliant) | A | Dividend | J | T | | | | | |
| 8. Texas Genco (formerly Center Point Energy/Reliant) | A | Dividend | J | T | | | | | |
| 9. MetLife | A | Dividend | K | T | | | | | |
| 10. RUSSELL FUNDS: | | | | | | | | | |
| 11. (1) Select Value | A | Dividend | K | T | sell | 7/20 | K | A | |
| 12. (2) Select Growth | | None | | | sell | 10/19 | K | A | |
| 13. (3) Special Growth | A | Dividend | K | T | | | | | |
| 14. (4) Emerging Markets | A | Dividend | J | T | | | | | |
| 15. (5) International Securities | A | Dividend | K | T | | | | | |
| 16. (6) Diversified Bond | A | Dividend | | | sell | 5/07 | K | C | |
| 17. (7) Multistrategy Bond | A | Dividend | | | sell | 1/20 4/20 5/07 | K | C | |
| 18. (8) Real Estate Securities | A | Dividend | | | sell | 5/07 | K | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Re: VII

1. Item 5 (Merck) was sold at a loss - hence the listing in parenthesis "(B)" under "Gain Code".

2. Item 17 (Multistrategy Bond) was sold on three different days - hence the three entries under "Date".

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | POLLAK, LOUIS H | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date _May 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544